# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128436

JOSEPH MATTHEW GORA ,
      Plaintiff-Appellant,

v

MACOMB CIRCUIT JUDGE,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128436
COA: 260232
Macomb CC: 03-003532-FC

_____/

     On order of the Court, the application for leave to appeal the February 25, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005 _____

p1024

_____
Clerk